1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
2    Email: Roger.Raphael@lewisbrisbois.com
ROBERT FARRELL, SB# 107461
3    Email: Robert.Farrell@lewisbrisbois.com
333 Bush Street, Suite 1100
4 San Francisco, California 94104-2872
Telephone: 415.362.2580
5 Facsimile:  415.434.0882

6 Attorneys for Defendant BMW OF NORTH AMERICA, LLC

7 **CONSUMER LEGAL SERVICES, P.C.**
CHRISTOPHER M. LOVASZ, SB# 303120)
8 E-mail: clovasz@lemonauto.com
JEEHO H. LIM, SB# 297365)
9 E-mail: jlim@lemonauto.com
2330 Long Beach Blvd.
10 Long Beach, CA  90806
Telephone:  562.424.3293
11 Facsimile:  562.595.1879

12 Attorneys for Plaintiff JOSH QUIROZ

13

14                        UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17 JOSH QUIROZ, an individual,                 | CASE NO. 3:17-cv-05216 WHA

18             Plaintiff,                      | **JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**

19     vs.

20 BMW OF NORTH AMERICA, LLC, a
Delaware Limited Liability Company;
21 EAST BAY AUTOMOTIVE, INC. d/b/a
EAST BAY BMW, a California
22 Corporation; and DOES 1 through 20, inclusive,

23            Defendants.

24

25       The parties to the above-entitled action jointly submit this JOINT CASE

26 MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing

27 Order for All Judges of the Northern District of California dated July 1, 2011 and

28 Civil Local Rule 16-9.

1.  Jurisdiction & Service

The Court has subject matter jurisdiction in this action pursuant to pursuant to 28 U.S.C. §§ 1331, 1446, and 1367(a) as it involves a claim arising under a Federal statute (the Federal Magnuson-Moss Warranty Act, 15 U.S.C. 2301 et seq.).  There are no pending issues regarding personal jurisdiction or venue.  All parties in the action have been served except Defendant EAST BAY AUTOMOTIVE dba EAST BAY BMW.  The parties anticipate that Defendant East Bay BMW will be served and will appear in the action within 30 days.

2.  Facts

Plaintiff contends that a 2015 BMW i8 automobile which he purchased in May 2016 had various alleged defects which Defendant was unable to correct within a reasonable number of repair attempts in violation of Defendant's express and implied warranties applicable to the vehicle and in violation of provisions of the California Song Beverly Warranty Act (California Civil Code §§ 1790 et seq.) and the Federal Moss Magnuson Warranty Act (15 U.S.C. § 2301 et seq.).  Defendant BMW denies the allegations.

3.  Legal Issues

Whether the alleged defects in the subject vehicle are covered by the express warranties issued by Defendant on the vehicle;

Whether the alleged defects in the subject vehicle are covered by implied warranties of merchantability under the California Song Beverly Warranty Act and/or the Federal Moss Magnuson Warranty Act;

Whether the alleged defects in the subject vehicle substantially impair the safety, value or use of the vehicle;

Whether Defendant was unable to correct the alleged defects in the subject vehicle within a reasonable number of repair attempts.

4.  Motions

There are no motions currently pending.  Other than possible motions to

compel further discovery responses, the parties do not anticipate any motion practice in the case.

5. Amendment of Pleadings

The parties do not anticipate any amendment of the pleadings in this action.

6. Evidence Preservation

Counsel for the parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information and have met and conferred pursuant to FRCP Rule 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action.

7. Disclosures

The parties intend to comply with the initial disclosure requirements of FRCP Rule 26 pursuant to the Case Schedule adopted in the Case Management Conference in this action.

8. Discovery

Defendant BMW has served Plaintiff with a set of written discovery requests and anticipates that an inspection of the subject vehicle and a deposition of Plaintiff will be conducted prior to mediation in the case. Plaintiff will be produced for deposition and the subject vehicle will be produced for inspection prior to the mediation in this. In addition, Plaintiff will propound written discovery and take depositions of Defendants prior to the mediation in this case.

9. Class Actions

Not applicable.

10. Related Cases

None.

11. Relief

Plaintiff contends he is entitled to replacement of the vehicle or restitution of all amounts paid or payable under the sales contact with interest at the legal rate; civil penalties under the Song –Beverly Act; consequential damages according to

proof at trial; and attorney fees and expenses incurred in pursuing the action.

12. Settlement and ADR

There have been no settlement discussions in the case to date. The parties have filed a Stipulation to ADR in this action in which they have agreed to participate in a private mediation after necessary discovery has been completed. The parties anticipate that the mediation will be completed on or before April 30, 2018.

13. Consent to Magistrate Judge For All Purposes

Defendant BMW has declined to consent to the jurisdiction of a Magistrate Judge in this action.

14. Other References

The parties do not believe that this action is suitable for referral to binding arbitration, to a Special Master or to the Judicial Panel on Multidistrict Litigation.

15. Narrowing of Issues

The issues in this action are fairly straightforward and the parties do not anticipate that there will be a need for bifurcation of any issues, claims or defenses. If the case proceeds to trial, the parties anticipate that the issues for resolution can be narrowed by way of stipulated facts.

16. Expedited Trial Procedure

The parties do not consider this action to be suitable for the Expedited Trial Procedure of General Order 64, Attachment A.

17. Scheduling

The parties propose the following case deadlines:

| | |
|---|---|
| Non Expert Discovery Cut Off: | August 31, 2018 |
| Expert Designation: | September 28, 2018 |
| Last Day to Hear Dispositive Motions: | October 31, 2018 |
| Pretrial Conference: | December 20, 2018 |
| Trial: | January 14, 2019 |

18. <u>Trial</u>

Both parties are requesting a jury trial of the action.

19. <u>Disclosure of Non-Party Interested Entities or Persons</u>

Plaintiff has filed a Certification of Interested Parties required by Civil Local Rule 3-15 (Docket No. 10). As set forth in the Certification, the following Entities may have a financial interest in the subject matter in controversy, in a party to the proceeding or any other kind of interest that could be substantially affected by the outcome of the proceeding:

| Entity | Relationship to Defendant |
|---|---|
| Josh Quiroz | Plaintiff |
| Consumer Legal Services, P.C. | Attorneys for Plaintiff |

Defendant BMW has filed a Certification of Interested Parties required by Civil Local Rule 3-15 (Docket No. 10). As set forth in the Certification, the following Entities may have a financial interest in the subject matter in controversy, in a party to the proceeding or any other kind of interest that could be substantially affected by the outcome of the proceeding:

| Entity | Relationship to Defendant |
|---|---|
| BMW of North America, LLC | Defendant |
| Bayerische Motoren Werke AG | Defendant |
| BMW (US) Holding Corp. | Related Entity |
| BMW International Holding B.V. | Related Entity |
| BMW Beteiligungs GmbH & Co. KG | Related Entity |
| BMW INTEC Beteiligungs GmbH | Related Entity |

20. <u>Professional Conduct</u>

Counsel of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

21. <u>Other</u>

   Nothing anticipated at this time.

Dated: November 30, 2017      /s/ Jeeho H. Lim
                              _____
                              Counsel for Plaintiff

Dated: November 30, 2017      /s/ Robert W. Farrell
                              _____
                              Counsel for Defendant

CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated:

_____
UNITED STATES
DISTRICT/MAGISTRATE JUDGE