**CONSUMER LEGAL SERVIES, P.C.**
JEEHO H. LIM, SB# 297365
   Email: jeeho.h.lim@gmail.com
2330 Long Beach Boulevard
Long Beach, CA  90806
Telephone:  562.424.3293
Facsimile:  562.595.1849
Attorneys for Plaintiff JOSH QUIROZ

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT FARRELL, SB# 107461
   Email: Robert.Farrell@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882
Attorneys for Defendants BMW OF NORTH AMERICA, LLC and
EAST BAY AUTOMOTIVE, INC. d/b/a EAST BAY BMW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSH QUIROZ, an individual,<br><br>      Plaintiff,<br><br>      vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; EAST BAY AUTOMOTIVE, INC. d/b/a EAST BAY BMW, a California Corporation; and DOES 1 through 20, inclusive,<br><br>      Defendants. | CASE NO. 3:17-cv-05216 WHA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE:

IT IS HEREBY STIPULATED by and between Plaintiff Josh Quiroz ("Plaintiff") and Defendants BMW OF NORTH AMERICA, LLC and EAST BAY AUTOMOTIVE, INC. d/b/a EAST BAY BMW (collectively, "Defendants") by and through their respective attorneys of record that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each side will be responsible for and bear its own costs, expenses, and attorney's fees.

IT IS SO STIPULATED.

DATED: July 3, 2018        CONSUMER LEGAL SERVICES P.C.


BY: */s/ Jeeho Lim*
Jeeho Lim
*Attorney for Plaintiff, JOSH QUIROZ*


DATED: July 3, 2018        LEWIS BRISBOIS BISGAARD & SMITH, LLP


BY:   /s/ *Robert Farrell*
Robert Farrell
*Attorneys for Defendants, BMW OF NORTH AMERICA, LLC and EAST BAY AUTOMOTIVE, INC. d/b/a EAST BAY BMW*

## ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the signatories.

*/s/ Jeeho Lim*
Jeeho Lim

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2018, I filed the foregoing document entitled **STIPULATION OF DISMISSAL WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/Jeeho Lim*
Jeeho Lim