**CONSUMER LEGAL SERVIES, P.C.**
JEEHO H. LIM, SB# 297365
  Email: jeeho.h.lim@gmail.com
2330 Long Beach Boulevard
Long Beach, CA  90806
Telephone:  562.424.3293
Facsimile:  562.595.1849
Attorneys for Plaintiff JOSH QUIROZ

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT FARRELL, SB# 107461
  Email: Robert.Farrell@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882
Attorneys for Defendants BMW OF NORTH AMERICA, LLC and
EAST BAY AUTOMOTIVE, INC. d/b/a EAST BAY BMW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSH QUIROZ, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; EAST BAY AUTOMOTIVE, INC. d/b/a EAST BAY BMW, a California Corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | CASE NO. 3:17-cv-05216 WHA<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: _____

Hon. William H. Alsup